THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Prokop Labs LLC, a Washington limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STAPLES, INC., a Delaware corporation; STAPLES THE OFFICE SUPERSTORE LLC, a Delaware limited liability company; BELKIN, INC., a Delaware corporation; BELKIN LOGISTICS, INC., a Delaware corporation; S.P. RICHARDS CO., a Georgia corporation; and VELO ENTERPRISE CO., LTD., a Taiwan corporation,<br><br>　　　　　Defendant. | **Case No. 2:07-cv-01094-MJP**<br><br>**PLAINTIFF'S REPLY TO DEFENDANT VELO'S COUNTERCLAIMS** |

Plaintiff Prokop Labs LLC ("Prokop") responds to the Counterclaims filed by Defendant Velo Enterprise Co., Ltd ("Velo") as follows:

1. With respect to Paragraph 29, Prokop repeats the allegations contained in paragraphs 1 through 15 of the Complaint as if fully set forth herein.

**AS TO DECLARATORY JUDGMENT OF NONINFRINGEMENT**

2. Prokop admits the allegations of Paragraph 30.

3. Prokop denies the allegations of Paragraph 31.

PLAINTIFF'S REPLY TO DEFENDANT
VELO'S COUNTERCLAIMS
(07-CV-01094)
66862-0001/LEGAL13933815.1

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

4. Prokop admits the allegations of Paragraph 32.

5. With respect to Paragraph 33, Prokop admits that Velo requests declaratory judgment that Velo does not infringe any claim of the '913 patent.

## AS TO DECLARATORY JUDGMENT OF INVALIDITY

6. Prokop denies the allegations of Paragraph 34.

7. Prokop admits the allegations of Paragraph 35.

8. With respect to Paragraph 36, Prokop admits that Velo requests declaratory judgment that the '913 patent is invalid.

9. To the extent any allegations of the counterclaims are not admitted above, they are denied.

## AFFIRMATIVE DEFENSES

In further response to the Counterclaims of Defendant Velo and/or as an Affirmative Defense, Prokop alleges as follows:

10. Velo is not entitled to any equitable relief because of the doctrine of unclean hands.

## PRAYER FOR RELIEF

WHEREFORE, Prokop prays for the following relief:

A. That Defendant Velo's Counterclaims be dismissed with prejudice and that Velo take nothing by way of such Counterclaims;

B. For a declaratory judgment under 28 U.S.C. § 2201 that the '913 patent is valid and infringed by Velo; and

PLAINTIFF'S REPLY TO DEFENDANT
VELO'S COUNTERCLAIMS
(07-CV-01094)
66862-0001/LEGAL13933815.1

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1      C.  For such other and further relief that the Court deems just and proper.

3      DATED:  February 1, 2008

                                                PERKINS COIE LLP

                                                By: */s/ Jerry A. Riedinger*
                                                Jerry A. Riedinger, WSBA No. 25828
                                                Perkins Coie LLP
                                                1201 Third Avenue, Suite 4800
                                                Seattle, WA  98101-3099
                                                Tel:  (206) 359-8000
                                                Fax:  (206) 359-9000
                                                JRiedinger@perkinscoie.com

                                                Attorneys for Plaintiff Prokop Labs, LLC

PLAINTIFF'S REPLY TO DEFENDANT
VELO'S COUNTERCLAIMS
(07-CV-01094)
66862-0001/LEGAL13933815.1

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Western District of Washington using the CM/ECF system which will send notification of such filing to the registered participants in this matter. I also caused it to be served on the parties below as follows:

| | |
|---|---|
| Attorneys for Belkin, Inc. and Belkin Logistics, Inc.:<br>Ryan Yagura<br>  ryagura@omm.com<br>Vision L Winter<br>  vwinter@omm.com<br>O'Melveny & Myers LLP<br>400 S Hope Street<br>Los Angeles, CA  90071-2899 | ☐ by **CM/ECF**<br>■ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| Attorneys for Staples, Inc. and Staples The Office Superstore LLC:<br>Michael A. Moore<br>  mmoore@corrcronin.com<br>Corr Cronin Michelson Baumgardner & Preece LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA  98154-1051 | ☐ by **CM/ECF**<br>■ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| Attorneys for S.P. Richards Co.:<br>John M Bowler<br>  john.bowler@troutmansanders.com<br>Julie A Tennyson<br>  julie.tennyson@troutmansanders.com<br>Troutman Sanders LLP<br>600 Peachtree Street NE, Suite 5200<br>Atlanta, GA  30308-2216 | ☐ by **CM/ECF**<br>■ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>■ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| Thomas R Merrick<br>  tmerrick@mhlseattle.com<br>Merrick, Hofstedt & Lindsey, PS<br>3101 Western Avenue, Suite 200<br>Seattle, WA  98121-3017 | ☐ by **CM/ECF**<br>■ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| Attorneys for Velo Enterprise Co. Ltd.:<br>William B. Dyer III<br>  william.dyer@finnegan.com<br>Benjamin D. Bailey | ☐ by **CM/ECF**<br>■ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail** |

PLAINTIFF'S REPLY TO DEFENDANT
VELO'S COUNTERCLAIMS
(07-CV-01094)
66862-0001/LEGAL13933815.1

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | |
|---|---|---|
| ben.bailey@finnegan.com<br>Finnegan Henderson Farabow Garrett &<br>  Dunner LLP<br>303 Peachtree Street NE, Suite 3500<br>Atlanta, GA  30308-3263 | ☐<br>☐ | by **Hand Delivery**<br>by **Overnight Delivery** |
| John H. Jamnback<br>  jjamnback@yarmuth.com<br>Rachel L Hong<br>  rhong@yarmuth.com<br>Yarmuth Wilsdon Calfo<br>925 Fourth Ave., Suite 2500<br>Seattle, WA 98104 | ☐<br>■<br>☐<br>☐<br>☐<br>☐ | by **CM/ECF**<br>by **Electronic Mail**<br>by **Facsimile Transmission**<br>by **First Class Mail**<br>by **Hand Delivery**<br>by **Overnight Delivery** |

Dated this 1st day of February, 2008, at Seattle, Washington.

/s/ Jerry A. Riedinger
Jerry A. Riedinger, WSBA 25828
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Tel:  (206) 359-8000
Fax:  (206) 359-9000

PLAINTIFF'S REPLY TO DEFENDANT
VELO'S COUNTERCLAIMS
(07-CV-01094)
66862-0001/LEGAL13933815.1

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000