THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| PROKOP LABS, LLC, a Washington limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>STAPLES, INC., a Delaware corporation; STAPLES THE OFFICE SUPERSTORE, LLC, a Delaware limited liability company; BELKIN, INC., a Delaware corporation (formerly BELKIN LOGISTICS, INC.) S.P. RICHARDS CO., a Georgia corporation; and VELO ENTERPRISE CO., LTD., a Taiwan corporation,<br><br>　　　　　　　　Defendants. | No. 2:07-cv-1094-MJP<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER<br><br>NOTE FOR MOTION CALENDAR: AUGUST 17, 2012 |

Pursuant to Federal Rule of Civil Procedure 26, Plaintiff Prokop Labs, LLC and Defendants Belkin, Inc., formerly Belkin Logistics, Inc., S.P. Richards Co., Staples, Inc., Staples The Office Superstore, LLC, and Velo Enterprise Co., Ltd. hereby stipulate to entry of the Protective Order attached hereto as Exhibit A. The grounds for the stipulated protective order are set forth therein.

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
(CASE NO: 2:07-CV-01094-MJP) – Page 1

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

STIPULATED AND AGREED TO this 17th day of August, 2012.

By: /s/ Kevin A. Zeck
Kevin A. Zeck, WSBA No. 41689
KZeck@perkinscoie.com
Jerry Riedinger, WSBA No. 25828
JRiedinger@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Tel:  (206) 359-8000
Fax:  (206) 359-9000

*Attorneys for Plaintiff PROKOP LABS, LLC*

By: /s/ Vision L. Winter *(with permission)*
Michael A. Moore, WSBA No. 27047
CORR CRONIN MICHELSON
  BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051

Ryan K. Yagura (*Pro Hac Vice*)
Vision L. Winter (*Pro Hac Vice*)
Soyoung Jung (*Pro Hac Vice*)
Brian M. Berliner (*Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA  90071-2338

*Attorneys for Defendants BELKIN, INC., formerly BELKIN LOGISTICS, INC., STAPLES, INC., and STAPLES THE OFFICE SUPERSTORE LLC*

By: /s/ Benjamin Bailey (*with permission*)
John H. Jamnback. WSBA No. 29872
YARMUTH WILSON CALFO, PLCC
Fourth & Madison
925 Fourth Avenue, Suite 2500
Seattle, WA  98104

Douglas S. Weinstein (*Pro Hac Vice*)
Benjamin Bailey (*Pro Hac Vice*)
William B. Dyer, III (*Pro Hac Vice*)
FINNEGAN HENDERSON
  FARABOW GARRETT & DUNNER LLP
303 Peachtree Street NE, Suite 3500
Atlanta, GA  30308-6470

*Attorneys for Defendant VELO ENTERPRISE CO. LTD & Third Party Defendants AIDATA USA CO. INC and AIDMA ENTERPRISE CO. LTD.*

By: /s/ John M. Bowler (*with permission*)
John M. Bowler (Pro Hac Vice)
TROUTMAN SANDERS LLP
600 Peachtree Street NE, Suite 5200
Atlanta, GA 30308-2216

Thomas R. Merrick, WSBA No. 10945
MERRICK HOFSTEDT & LINDSEY, PS
3101 Western Avenue, Suite200
Seattle, WA  98121-3017

*Attorneys for Defendant S.P. RICHARDS CO.*

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
(CASE NO: 2:07-CV-01094-MJP) – Page 2

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2012, I served the foregoing document and attached exhibit on the following persons via the method indicated below:

| Attorneys for Belkin, Inc., formerly Belkin Logistics, Inc.:<br>Ryan Yagura<br>  ryagura@omm.com<br>Vision L Winter<br>  vwinter@omm.com<br>Todd Fitzsimmons<br>  tfitzsimmons@omm.com<br>O'Melveny & Myers LLP<br>400 S Hope Street<br>Los Angeles, CA  90071-2899 | ☐ by **CM/ECF**<br>☑ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
|---|---|
| Michael A. Moore<br>  mmoore@corrcronin.com<br>Corr Cronin Michelson<br>   Baumgardner & Preece LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA  98154-1051 | ☐ by **CM/ECF**<br>☑ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| Attorneys for Staples, Inc. and Staples the Office Superstore, LLC:<br>Ryan Yagura<br>  ryagura@omm.com<br>O'Melveny & Myers LLP<br>400 S Hope Street<br>Los Angeles, CA  90071-2899 | ☐ by **CM/ECF**<br>☑ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |
| Michael A. Moore<br>  mmoore@corrcronin.com<br>Corr Cronin Michelson<br>   Baumgardner & Preece LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA  98154-1051 | |

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
(CASE NO: 2:07-CV-01094-MJP) – Page 3

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | | | |
|---|---|---|---|
| 1 | Attorneys for S.P. Richards Co.: | ☐ | by **CM/ECF** |
| | John M Bowler | ☑ | by **Electronic Mail** |
| 2 | john.bowler@troutmansanders.com | ☐ | by **Facsimile Transmission** |
| | Troutman Sanders LLP | ☐ | by **First Class Mail** |
| 3 | 600 Peachtree Street NE, Suite 5200 | ☐ | by **Hand Delivery** |
| | Atlanta, GA  30308-2216 | ☐ | by **Overnight Delivery** |

Thomas R Merrick
  tmerrick@mhlseattle.com
Merrick, Hofstedt & Lindsey, PS
3101 Western Avenue, Suite 200
Seattle, WA  98121-3017
Phone: (206) 682-0610
Fax: (206) 467-2689

☐ by **CM/ECF**
☑ by **Electronic Mail**
☐ by **Facsimile Transmission**
☐ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

Attorneys for Velo Enterprise Co., Ltd., Aidata USA Co. Inc., and Aidma Enterprise Co. Ltd.:
Douglas Weinstein
  douglas.weinstein@finnegan.com
Benjamin D. Bailey
  benjamin.bailey@finnegan.com
William Dyer
  bill.dyer@finnegan.com
Finnegan Henderson Farabow
   Garrett & Dunner LLP
303 Peachtree Street NE, Suite 3500
Atlanta, GA  30308-3263
Phone: (404) 653-6470
Fax: (404) 653-6444

☐ by **CM/ECF**
☑ by **Electronic Mail**
☐ by **Facsimile Transmission**
☐ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

John H Jamnback
  jjamnback@yarmuth.com
Yarmuth Wilsdon Calfo PLLC
Fourth & Madison
925 Fourth Avenue, Suite 2500
Seattle WA  98104
Tel: (206) 516-3800

☐ by **CM/ECF**
☑ by **Electronic Mail**
☐ by **Facsimile Transmission**
☐ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

*/s/Kevin A. Zeck*
Kevin A. Zeck

STIPULATION AND [PROPOSED] PROTECTIVE ORDER
(CASE NO: 2:07-CV-01094-MJP) – Page 4

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000