THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROKOP LABS, LLC, a Washington
limited liability company,

Plaintiff,

v.

STAPLES, INC., a Delaware corporation;
STAPLES THE OFFICE SUPERSTORE
LLC, a Delaware limited liability
company; BELKIN, INC., a Delaware
corporation (formerly BELKIN
LOGISTICS, INC.), S.P. RICHARDS CO.,
a Georgia corporation; and VELO
ENTERPRISE CO., LTD., a Taiwan
corporation,

Defendants.

No. 2:07-cv-1094-MJP

DECLARATION OF KEVIN A. ZECK IN
SUPPORT OF CR 37 SUBMISSION

I, Kevin A. Zeck, declare as follows:

1. I am an attorney with the law firm of Perkins Coie LLP and represent the Plaintiff

Prokop Labs, LLC in this action.  My duties and responsibilities include reviewing and drafting

pleadings, communicating with opposing counsel, conducting discovery, and handling discovery

issues.  I make this declaration based on my knowledge and experience in this matter.

2. Attached as Exhibit A is a true and correct copy of an email from Kevin Zeck to

Doug Weinstein (counsel for Velo Enterprise Co. Ltd.), dated July 20, 2012, which sets forth an

DECLARATION OF KEVIN A. ZECK IN SUPPORT OF CR 37
SUBMISSION
(No. 2:07-cv-1094-MJP) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

agreement between Prokop Labs, LLC and Velo Enterprise Co. Ltd. for resolving various

discovery disputes related to Prokop Labs' first set of discovery requests.

3.      Attached as Exhibit B is a true and correct copy of a letter from Kevin Zeck to

Ben Bailey (counsel for Velo Enterprise Co. Ltd.), dated August 8, 2012, concerning Velo's

inadequate responses to Prokop Labs' Interrogatory No. 1 and Request for Production No. 18.

4.      Attached as Exhibit C is a true and correct copy of a letter from Ben Bailey to

Kevin Zeck, dated August 9, 2012, disputing the contentions contained in Kevin Zeck's August

8th letter to Ben Bailey.

5.      Attached as Exhibit D is a true and correct copy of a letter from Kevin Zeck to

Ben Bailey, dated August 1, 2012, concerning discrepancies between: (a) Velo's identification of

Gel Wrist Rest Products in response to Prokop Labs' Interrogatory No. 1; and (b) various

pleadings filed in U.S. International Trade Commission Investigation No. 337-TA-456 ("Certain

Gel-Filled Wrist Rests and Products Containing the Same").  The US ITC pleadings were from

mid-to-late 2001 and identified roughly fifty products Velo had not yet identified in this

litigation.  *See infra* Exhibits E and F.

6.      Attached as Exhibit E is a true and correct copy of excerpts from U.S.

International Trade Commission Investigation No. 337-TA-456 ("Certain Gel-Filled Wrist Rests

and Products Containing the Same") Post-Trial Exhibit CX-264, titled Response of Respondent

ACCO Brands, Inc. to Complainants' First Set of Interrogatories to ACCO Brands, Inc. (Nos. 1-

16), which identifies various gel wrist rest products imported by Velo Enterprise Co. Ltd. into

the United States.  I obtained this copy from the U.S. ITC's Electronic Document Information

System.

7.      Attached as Exhibit F is a true and correct copy of excerpts from U.S.

International Trade Commission Investigation No. 337-TA-456 ("Certain Gel-Filled Wrist Rests

and Products Containing the Same") Post-Trial Exhibit RX-262, titled 3M's Answers to

Commission Investigative Staff's Second Set of Interrogatories to Complainants (31-40), which

DECLARATION OF KEVIN A. ZECK IN SUPPORT OF CR 37
SUBMISSION
(No. 2:07-cv-1094-MJP) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

identifies various gel wrist rest products imported by Velo Enterprise Co. Ltd. into the United States.  I obtained this copy from the U.S. ITC's Electronic Document Information System.

8.      Attached as Exhibit G is a true and correct copy of excerpts from Prokop Labs, LLC's Interrogatories Nos. 1-7 to Velo Enterprise Co. Ltd., served on May 21, 2012.

9.      Attached as Exhibit H is a true and correct copy of excerpts from Velo Enterprise Co. Ltd.'s Objections and Responses to Prokop Labs' Interrogatories Nos. 1-7, served on June 25, 2012.

10.      Attached as Exhibit I is a true and correct copy of excerpts from Prokop Labs, LLC's Requests for Production Nos. 1-41 to Velo Enterprise Co., Ltd., served on May 25, 2012.

11.      Attached as Exhibit J is a true and correct copy of excerpts from Velo Enterprise Co. Ltd.'s Objections and Responses to Prokop Labs' Requests for Production Nos. 1-41, served on June 28, 2012.

12.      Attached as Exhibit S is a true and correct copy of a letter from Kevin A. Zeck to Benjamin Bailey, dated August 16, 2012, outlining the deficiencies in Velo Enterprise Co. Ltd.'s production of documents, which production was received by Prokop Labs, LLC on August 14, 2012.

13.      Attached as Exhibit T is a true and correct copy of Velo Enterprise Co. Ltd.'s First Supplemental Objections and Responses to Prokop Labs, LLC's Interrogatories Nos. 1-7, served on August 10, 2012.

14.      Attached as Exhibit U is a true and correct copy of Velo Enterprise Co. Ltd.'s Second Supplemental Objections and Responses to Prokop Labs, LLC's Interrogatories Nos. 1-7, served on August 14, 2012.

15.      Attached as Exhibit V is a true and correct copy of Velo Enterprise Co. Ltd.'s Third Supplemental Objections and Responses to Prokop Labs, LLC's Interrogatories Nos. 1-7, served on August 16, 2012.

DECLARATION OF KEVIN A. ZECK IN SUPPORT OF CR 37
SUBMISSION
(No. 2:07-cv-1094-MJP) – 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

DATED:  August 20, 2012

Respectfully submitted,

By: /s/  Kevin A. Zeck
Jerry A. Riedinger #25828
Kevin A. Zeck #41689
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  JRiedinger@perkinscoie.com
          KZeck@perkinscoie.com

*Attorneys for Plaintiff PROPOKOP LABS, LLC,*
*a Washington limited liability company*

DECLARATION OF KEVIN A. ZECK IN SUPPORT OF CR 37
SUBMISSION
(No. 2:07-cv-1094-MJP) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000