THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PROKOP LABS LLC, a Washington limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> STAPLES, INC., a Delaware corporation; STAPLES THE OFFICE SUPERSTORE LLC, a Delaware limited liability company; BELKIN, INC., a Delaware corporation; BELKIN LOGISTICS, INC., a Delaware corporation; S.P. RICHARDS CO., a Georgia corporation; and VELO ENTERPRISE CO., LTD., a Taiwan corporation, <br><br> Defendants. | Case No. 2:07-cv-01094-MJP <br><br> DECLARATION OF BENJAMIN D. BAILEY OPPOSING CR 37 SUBMISSION |

I, Benjamin D. Bailey, declare as follows:

    1.    I am an attorney with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP and represent Defendant Velo Enterprise Co., Ltd. ("Velo") in this action. My duties and responsibilities include reviewing and drafting pleadings, communicating with opposing counsel, communicating with Velo's co-defendants, conducting discovery, and handling discovery issues. I make this declaration based on my knowledge and experience with this matter.

2. Attached as Exhibit K is a true and correct copy of an email from Kevin Zeck to counsel for Defendants, dated July 9, 2012, forwarding a proposed protective order.

3. Attached as Exhibit L is a true and correct copy of an email from Kevin Zeck to Eric Chan, dated August 7, 2012, stating an agreement has been reached as to the terms of the proposed protective order.

4. Attached as Exhibit M is a true and correct copy of an email from Kevin Zeck to Eric Chan, dated August 7, 2012, stating an agreement has been reached as to the terms of the proposed protective order and proposing document production begin.

5. Attached as Exhibit N is a true and correct copy of a first letter from Kevin Zeck to Ben Bailey, dated August 14, 2012, alleging deficiencies in Velo's document production.

6. Attached as Exhibit O is a true and correct copy of a letter from Ben Bailey to Kevin Zeck, dated August 14, 2012, disputing the contentions contained in Kevin Zeck's first letter to Ben Bailey of August 14, 2012 (Ex. R).

7. Attached as Exhibit P is a true and correct copy of a second letter from Kevin Zeck to Ben Bailey, dated August 14, 2012, disputing the contentions contained in Ben Bailey's August 14th letter to Kevin Zeck.

8. Attached as Exhibit Q is a true and correct copy of an email from Kevin Zeck to Defendants, dated August 15, 2012, stating it will begin document production upon receipt of Defendants' written confirmation that an agreement has been reached as to the terms of the protective order.

9. Attached as Exhibit R is a chart associating a number of model numbers listed in Exs. D and E of Kevin Zeck's Declaration with Velo product model numbers.

DECLARATION OF BENJAMIN D. BAILEY
OPPOSING CR 37 SUBMISSION - PAGE 2
CASE NO. 2:07-CV-01094-MJP

1  DATED this 20th day of August, 2012.

2
 By: /s/*Benjamin D. Bailey*
3  John H. Jamnback. WSBA No. 29872
 YARMUTH WILSON CALFO, PLCC
4  Fourth & Madison
 925 Fourth Avenue, Suite 2500
5  Seattle, WA  98104

6
 Douglas S. Weinstein (*Pro Hac Vice*)
7  Benjamin D. Bailey (*Pro Hac Vice*)
 FINNEGAN HENDERSON
8    FARABOW GARRETT & DUNNER LLP
 303 Peachtree Street NE, Suite 3500
9  Atlanta, GA  30308-6470

10
 *Attorneys for Defendant VELO ENTERPRISE*
11 *CO. LTD & Third Party Defendants AIDATA*
 *USA CO. INC and AIDMA ENTERPRISE CO.*
12 *LTD.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF BENJAMIN D. BAILEY
OPPOSING CR 37 SUBMISSION - PAGE 3
CASE NO. 2:07-CV-01094-MJP

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Declaration of Benjamin D. Bailey Opposing Prokop's Motion to Compel Discovery was served by electronic mail on all counsel of record on the 20th day of August, 2012.

*/s/Benjamin D. Bailey*
Benjamin D. Bailey