THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROKOP LABS LLC, a Washington limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>STAPLES, INC., a Delaware corporation; STAPLES THE OFFICE SUPERSTORE LLC, a Delaware limited liability company; BELKIN, INC., a Delaware corporation; BELKIN LOGISTICS, INC., a Delaware corporation; S.P. RICHARDS CO., a Georgia corporation; and VELO ENTERPRISE CO., LTD., a Taiwan corporation,<br><br>        Defendants. | **Case No. 2:07-cv-01094-MJP**<br><br>**UPDATED JOINT STATUS REPORT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Prokop Labs, LLC ("Prokop"), and Defendants Staples, Inc., Staples the Office Superstore LLC, Belkin, Inc. (formerly Belkin Logistics, Inc.), S.P. Richards Co. and Velo Enterprise Co., LTD. ("Defendants"), by and through their respective counsel of record, respectfully submit the following Updated Joint Status Report in response to the Court's Order Staying Case, dated September 10, 2012, and the Court's Minute Order Directing Parties to Provide Periodic Joint Status Reports, dated September 23, 2013.  The Parties

**UPDATED JOINT STATUS REPORT**
(CASE NO: 2:07-CV-01094-MJP) – Page 1

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

submit this updated status report to correct an erroneous statement in the Mar. 25 Joint Status Report and to update the Court on the status of any appeal by Prokop.

On April 18, 2012, the United States Patent and Trademark Office ("Patent Office") granted a request for ex parte reexamination of U.S. Patent No. 5,566,913 made by Defendant Belkin. The Patent Office has since issued office actions rejecting the claims of the '913 patent as obvious in light of prior art. Prokop then appealed the office actions to the Patent Trials and Appeals Board ("PTAB"). On January 31, 2014, the PTAB issued a decision affirming the examiner's rejection.

In the Mar. 25 report, the Parties provided that "Prokop must file a notice of appeal for judicial review of the PTAB's decision with the Patent Office no later than April 1, 2014." Pursuant to recently promulgated Patent Office regulations, however, Prokop had until April 4, 2014 to file a notice of appeal. 37 C.F.R. § 90.3 (providing that a notice of appeal must be filed within 63 days after date of final Board decision, rather than within two months, as under prior regulation). In any case, Prokop filed the notice of appeal with the Patent Office on March 31, 2014.

DATED: April 21, 2014.

By: */s/ Kevin A. Zeck*
Kevin A. Zeck, WSBA No. 41683
KZeck@perkinscoie.com
Jerry Riedinger, WSBA No. 25828
JRiedinger@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Tel:  (206) 359-8000
Fax:  (206) 359-9000

*Attorneys for Plaintiff PROKOP LABS, LLC*

**UPDATED JOINT STATUS REPORT**
(CASE NO: 2:07-CV-01094-MJP) – Page 2

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

By: */s/* Vision L. Winter (*with permission*)
Michael A. Moore, WSBA No. 27047
CORR CRONIN MICHELSON
  BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051

Ryan K. Yagura (*Pro Hac Vice*)
Vision L. Winter (*Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA  90071-2338

*Attorneys for Defendants BELKIN, INC., formerly BELKIN LOGISTICS, INC., STAPLES INC. and STAPLES THE OFFICE SUPERSTORE LLC*

By: */s/* William Dyer (*with permission*)
John H. Jamnback. WSBA No. 29872
YARMUTH WILSON CALFO, PLCC
Fourth & Madison
925 Fourth Avenue, Suite 2500
Seattle, WA  98104

William Dyer (*Pro Hac Vice*)
FINNEGAN HENDERSON
  FARABOW GARRETT & DUNNER LLP
303 Peachtree Street NE, Suite 3500
Atlanta, GA  30308-6470

*Attorneys for Defendant VELO ENTERPRISE CO. LTD & Third Party Defendants AIDATA USA CO. INC and AIDMA ENTERPRISE CO. LTD.*

**UPDATED JOINT STATUS REPORT**
(CASE NO: 2:07-CV-01094-MJP) – Page 3

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

By: */s/* John M. Bowler (*with permission*)
John M. Bowler (*Pro Hac Vice*)
TROUTMAN SANDERS LLP
600 Peachtree Street NE, Suite 5200
Atlanta, GA 30308-2216

Thomas R. Merrick, WSBA No. 10945
MERRICK HOFSTEDT & LINDSEY, PS
3101 Western Avenue, Suite 200
Seattle, WA  98121-3017

*Attorneys for Defendant S.P. RICHARDS CO.*

**UPDATED JOINT STATUS REPORT**
(CASE NO: 2:07-CV-01094-MJP) – Page 4

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2014, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Western District of Washington using the CM/ECF system which will send notification of such filing to the following:

| Attorneys for Belkin, Inc., formerly Belkin Logistics, Inc., Staples, Inc. and Staples the Office Superstore, LLC:: <br> Ryan Yagura <br>   ryagura@omm.com <br> Vision L Winter <br>   vwinter@omm.com <br> O'Melveny & Myers LLP <br> 400 S Hope Street <br> Los Angeles, CA  90071-2899 | ■ by **CM/ECF** <br> ☐ by **Electronic Mail** <br> ☐ by **Facsimile Transmission** <br> ☐ by **First Class Mail** <br> ☐ by **Hand Delivery** <br> ☐ by **Overnight Delivery** |
|---|---|
| Michael A. Moore <br>   mmoore@corrcronin.com <br> Corr Cronin Michelson <br>    Baumgardner & Preece LLP <br> 1001 Fourth Avenue, Suite 3900 <br> Seattle, WA  98154-1051 | ■ by **CM/ECF** <br> ☐ by **Electronic Mail** <br> ☐ by **Facsimile Transmission** <br> ☐ by **First Class Mail** <br> ☐ by **Hand Delivery** <br> ☐ by **Overnight Delivery** |
| Attorneys for S.P. Richards Co.: <br> John M Bowler <br>   john.bowler@troutmansanders.com <br> Troutman Sanders LLP <br> 600 Peachtree Street NE, Suite 5200 <br> Atlanta, GA  30308-2216 | ■ by **CM/ECF** <br> ☐ by **Electronic Mail** <br> ☐ by **Facsimile Transmission** <br> ☐ by **First Class Mail** <br> ☐ by **Hand Delivery** <br> ☐ by **Overnight Delivery** |
| Thomas R Merrick <br>   tmerrick@mhlseattle.com <br> Merrick, Hofstedt & Lindsey, PS <br> 3101 Western Avenue, Suite 200 <br> Seattle, WA  98121-3017 <br> Phone: (206) 682-0610 <br> Fax: (206) 467-2689 | ■ by **CM/ECF** <br> ☐ by **Electronic Mail** <br> ☐ by **Facsimile Transmission** <br> ☐ by **First Class Mail** <br> ☐ by **Hand Delivery** <br> ☐ by **Overnight Delivery** |

| | | |
|---|---|---|
| Attorneys for Velo Enterprise Co. Ltd.:<br>William Dyer<br> bill.dyer@finnegan.com<br>Finnegan Henderson Farabow<br>   Garrett & Dunner LLP<br>303 Peachtree Street NE, Suite 3500<br>Atlanta, GA  30308-3263<br>Phone: (404) 653-6470<br>Fax: (404) 653-6444 | ■<br>☐<br>☐<br>☐<br>☐<br>☐ | by **CM/ECF**<br>by **Electronic Mail**<br>by **Facsimile Transmission**<br>by **First Class Mail**<br>by **Hand Delivery**<br>by **Overnight Delivery** |
| John H Jamnback<br>  jjamnback@yarmuth.com<br>Yarmuth Wilsdon Calfo PLLC<br>Fourth & Madison<br>925 Fourth Avenue, Suite 2500<br>Seattle WA  98104<br>Tel: (206) 516-3800 | ■<br>☐<br>☐<br>☐<br>☐<br>☐ | by **CM/ECF**<br>by **Electronic Mail**<br>by **Facsimile Transmission**<br>by **First Class Mail**<br>by **Hand Delivery**<br>by **Overnight Delivery** |

*/s/ Kevin A. Zeck*
Kevin A. Zeck

**UPDATED JOINT STATUS REPORT**
(CASE NO: 2:07-CV-01094-MJP) – Page 6

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000